# United States District Court
## for the
### Western District of New York

| | |
|---|---|
| United States of America<br>v.<br>**SALVATORE TANTILLO**<br>*Defendant* | Case No. 13-M-108 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of May 24, 2013, in the County of Erie, in the Western District of New York, the defendant did knowingly and willing produce child pornography, in violation of Title 18, United States Code, Section 2251.

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Michael Hockwater
Task Force Officer
FEDERAL BUREAU OF INVESTIGATION
*Printed name and title*

Sworn to before me and signed in my presence.

Date: July 19, 2013

_____
*Judge's signature*

City and State: Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, **Michael Hockwater**, being duly sworn, depose and say:

1. I am a Police Detective with the Town of Cheektowaga, New York Police Department. I have been a Police Officer since August of 1989. I am currently assigned as a Task Force Officer (TFO) with the Federal Bureau of Investigation (FBI), Buffalo Field Office, Violent Crimes Against Children Task Force, which targets individuals involved in the on line sexual exploitation of children. I have been a TFO since June 14, 2010. As part of these duties, I have become involved in the investigation of suspected violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, and 2423. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal child pornography laws in which computers are used as the means for receiving, transmitting, and storing child pornography. Child pornography is defined in Title 18, United States Code, Section 2256.

2. I make this affidavit in support of a criminal complaint charging Salvatore Tantillo with production of child pornography in violation of Title 18, United States Code, Section 2251(a).

3. The information in this affidavit is based upon my personal knowledge and upon information provided to me by law enforcement officers and others. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have

not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **Salvatore Tantillo** ("Tantillo") did knowingly violate Title 18, United States Code, Section 2251(a).

4. On May 24, 2013, Tantillo took a 16 year old female (hereinafter "Vic1") to the Motel 6 located at 52 Freeman Rd. Williamsville, NY 14421 to engage in sexual activity. TANTILLO engaged in sexual activity with Vic1 and took approximately 25 pictures of the sexual activity with Vic1 using her iPod Touch. Below are descriptions of some of the photos taken during the encounter recovered from Vic1's iPod Touch.

| Image name | Description | Date and Time/ GPS coordinates |
|---|---|---|
| IMG_1640.jpg | Vic1 on bed lying on back with vagina exposed. Tantillo's right thumb inserted into Vic1's vagina. | 05/25/2013 01:10:37<br>GPS Lat:  42.950832<br>GPS Lon: -78.692833 |
| IMG_1644.jpg | Tantillo inserting his pierced penis into Vic1's mouth. | 05/25/2013 01:14:32<br>GPS Lat:  42.950832<br>GPS Lon: -78.692665 |

5. The GPS coordinates for the above referenced images resolve to the Motel 6 located at 52 Freeman Rd. Williamsville, NY 14421.

2

6.	On July 19, 2013 Tantillo was interviewed at his residence pursuant to a federal search warrant. Tantillo was shown printed copies of the above referenced images. Tantillo admitted to taking the above referenced images of himself and Vic1 engaging in sexual activity using Vic1's iPod Touch. Vic1's iPod Touch was manufactured in China. Tantillo admitted to knowing Vic1 was 16 years of age.

7.	At the conclusion of the interview a written statement was prepared detailing Tantillo's involvement with Vic1 and the images of sexual activity that were produced. Tantillo read the document and voluntarily signed it.

8.	Based upon the foregoing, I respectfully submit that there is probable cause to believe that Salvatore Tantillo has violated Title 18, United States Code, Section 2251(a).

	Michael Hockwater, Task Force Officer
	Federal Bureau of Investigation

Sworn and subscribed to before me this 19th day of July, 2013.

HONORABLE H. KENNETH SCHROEDER
UNITED STATES MAGISTRATE JUDGE

3