UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

        v.

SALVATORE TANTILLO,

        Defendant.
_____

13-M-108-HKS

NOTICE OF MOTION

| | |
|---|---|
| **MOTION BY:** | John Humann, Senior Litigator. |
| **DATE, TIME & PLACE:** | Before the Honorable Jeremiah J. McCarthy, United States Magistrate Judge, United States Courthouse, 2 Niagara Square, Buffalo, New York, **on July 26, 2013 at 11 AM.** |
| **SUPPORTING PAPERS:** | Affirmation of John Humann, dated July 25, 2013. |
| **RELIEF REQUESTED:** | Release of defendant with electronic monitoring. |
| **DATED:** | Buffalo, New York, July 25, 2013. |

        **/s/ John Humann**
        John Humann
        Senior Litigator
        Federal Public Defender's Office
        300 Pearl Street, Suite 200
        Buffalo, New York 14202
        (716) 551-3341, (716) 551-3346 (Fax)
        john_humann@fd.org.
        Attorney for Defendant Salvatore Tantillo

**TO:**    Marie P. Grisanti
        Assistant United States Attorney

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,                    13-M-108-HKS

        v.                                                **AFFIRMATION**

SALVATORE TANTILLO,

        Defendant.

_____

        **JOHN HUMANN,** affirms under penalty of perjury that:

    1.     I was assigned to represent Mr. Tantillo on Friday, July 19, 2013.

    2.     Mr. Tantillo is charged in a variety of different ways, but basically, it is alleged that he had sex with a 16-year-old and took some pictures of her.

    3.     The facts could support a production of child pornography charge which would carry a 15 year minimum. That is the most serious of the charges.

    4.     Mr. Tantillo cooperated fully with the government.

    5.     Mr. Tantillo supports his girlfriend and his three-month-old baby. He has been steadily employed at the same company for the past seven and a half years.

6. The parties first appeared before Magistrate Judge Schroeder. On the matter of pretrial release, Judge Schroeder seemed as if he was going to grant the defense's request that Tantillo be released to the custody of his father with an ankle bracelet that would allow him to continue to work and support his family. The government then represented that it was continuing its investigation and asked the Court to wait until the government had fully explored that investigation, which was expected to be completed by July 25, 2013. Judge Schroeder gave the government until July 25, 2013, to complete the investigation.

7. Counsel has been informed by the government that there are no photographs of prepubescent children on the defendant's phone, nor do they have any proof that he had sex with another young woman who was under 18 years of age. In other words, the further investigation has not produced any new proof against the defendant.

WHEREFORE, it is respectfully requested that the Court release the defendant with an ankle monitor that would keep him home except to go to work, or for other emergencies. The defendant would stay with his father.

**DATED**: Buffalo, New York, July 25, 2013.

Respectfully submitted,

**/s/John Humann**
John Humann
Senior Litigator
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341, (716) 551-3346 Fax
john_humann@fd.org
Counsel for Defendant Salvatore Tantillo

**To:** Marie P. Grisanti
Assistant United States Attorney

Jaclyn S. Sainsbury
United States Probation Officer

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.  13-M-108-HKS

SALVATORE TANTILLO,

    Defendant.

# CERTIFICATE OF SERVICE

I hereby certify that on **July 25, 2013**, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1. Marie P. Grisanti
   Assistant United States Attorney
   Western District of New York
   138 Delaware Avenue, Federal Centre
   Buffalo, New York 14202

And, I hereby certify that I have e-mailed the document to the following non-CM/ECF participant(s).

2. Jaclyn S. Sainsbury
   United States Probation Officer
   U.S. Probation Department
   U.S. Courthouse
   2 Niagara Square
   Buffalo, New York 14202

    **/s/ Joanne Sabatino**
    Joanne Sabatino, Legal Secretary
    Federal Public Defender's Office