IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -v-

SALVATORE TANTILLO,

        Defendant.

13-CR-198-A

---

## INFORMATION

(Title 18, United States Code, Section 2422(b))

### COUNT I

**The United States Attorney Charges That:**

Beginning in or about the Spring of 2013 and continuing through on or about May 24, 2013 in the Western District of New York, the defendant, SALVATORE TANTILLO, using a facility and means of interstate commerce, that is, the Internet, did knowingly persuade, induce, entice and coerce, and to attempt to persuade, induce, entice and coerce, Victim 1, a person known to the United States Attorney, an individual less than 18 years of age, to engage in sexual activity for which any person could be charged with a criminal offense.

**All in violation of Title 18, United States Code, Section 2422(b).**

## FORFEITURE ALLEGATION

### The United States Attorney Alleges That:

Upon conviction of Count 1 alleged in this Information, the defendant, SALVATORE TANTILLO, shall forfeit to the United States of America his interest in any and all property, real or personal, used or intended to be used to commit or to facilitate the commission of such offense, pursuant to Title 18, United States Code, Section 2428(a)(1), including but not limited to the following:

1) One (1) Motorola XT 912 Droid Razr, MEID HEX: 990000118077251.

**All in violation of Title 18, United States Code, Sections 2428(a)(1).**

DATED: Buffalo, New York, October 4, 2013.

WILLIAM J. HOCHUL, JR.
United States Attorney

BY: *Marie P. Grisanti*
MARIE P. GRISANTI
Assistant United States Attorney
United States Attorney's Office
Western District of New York
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700, ext. 15818
marie.grisanti@usdoj.gov