UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,               13-CR-198-RJA

        v.                                      **STATEMENT OF DEFENDANT WITH
                                         RESPECT TO SENTENCING
SALVATORE TANTILLO, II,                         FACTORS**

        Defendant.
_____


**JOHN HUMANN**, affirms under penalty of perjury that:


1. I am the Senior Litigator in the Western District of New York and represent the Defendant, Salvatore Tantillo, II, in the above-entitled action brought by the United States of America.


2. I make this affirmation in accordance with the requirements of Section 6A1.2 of the Sentencing Guidelines, "Statement of Defendant with Respect to Sentencing Factors," as promulgated by the United States Sentencing Commission.


3. In accordance with those rules, it is hereby stated on behalf of the Defendant, that I have reviewed the Presentence Report and have discussed the same with Mr. Tantillo. There are no statements, conclusions or other information contained in that report which the defendant disputes. Defendant accepts the Presentence Report in its full prepared form.

AO 72A
(Rev. 8/82)

**DATED**:   Buffalo, New York, January 27, 2014.

Respectfully submitted,

*/s/ John Humann*
John Humann
Senior Litigator
Federal Public Defender's Office
300 Pearl Street, Suite 200
Buffalo, New York 14202
(716) 551-3341; 551-3346 (fax)
john_humann@fd.org.
Attorney for Defendant Salvatore Tantillo, II

**To:**   Marie P. Grisanti
Assistant United States Attorney

David W. Ball
United States Probation Officer Specialist

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    v.                                                    13-CR-198-RJA

SALVATORE TANTILLO, II,

            Defendant.

## CERTIFICATE OF SERVICE

      I hereby certify that on **January 27, 2014,** I filed the foregoing with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.    Marie P. Grisanti
       Assistant United States Attorney
       Western District of New York
       138 Delaware Avenue, Federal Centre
       Buffalo, New York 14202

      And, I hereby certify that I have e-mailed the document to the following non-CM/ECF participant(s).

2.    David W. Ball
       United States Probation Officer Specialist
       U.S. Probation Department
       U.S. Courthouse
       2 Niagara Square
       Buffalo, New York 14202

                                                    */s/ Joanne Sabatino*
                                                  Joanne Sabatino, Senior Legal Assistant
                                                  Federal Public Defender's Office

AO 72A
(Rev. 8/82)