IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

       v.                                                13-CR-198-A

SALVATORE TANTILLO, III

                Defendant.

## GOVERNMENT'S RESPONSE TO
## DEFENDANT'S SENTENCING MEMORANDUM

      The government makes this response to the defendant's sentencing memorandum. (Docket # 20).

      On October 4, 2013, the defendant, SALVATORE TANTILLO, III, appeared before this Court and pled guilty to a one count information which charged a violation of Title 18, United States Code, Section 2422(b) (enticement of a minor to engage in sexual activity). The parties agreed in the plea agreement, and the Presentence Report found that the defendant's criminal history category is a category I and his adjusted offense level is 31, resulting in a guideline range of 120 to 135 months (PSR ¶ 7 and ¶ 57). Furthermore, the parties agreed to the guidelines calculations set forth in the plea agreement, and agreed not to recommend a sentence outside the guidelines calculations in the plea agreement except as specifically set forth in the plea agreement (PSR ¶8). The parties also agreed in the plea agreement, and the Presentence Report also noted that this offense carries a mandatory

minimum sentence of 120 months (PSR ¶56).   Consequently, the government recommends that the Court impose a guideline sentence in this case.

    **DATED**:    Buffalo, New York, February 11, 2014.

                                    WILLIAM J. HOCHUL, JR.
                                    United States Attorney

                  BY:    s/ MARIE P. GRISANTI
                                    Assistant United States Attorney
                                    United States Attorney's Office
                                    Western District of New York
                                    138 Delaware Avenue
                                    Buffalo, New York 14202
                                    716/843-5818
                                    marie.grisanti@usdoj.gov


TO:   John Humann, AFPD
        US Probation Office – Attn:   David W. Ball, USPO

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

   v.               13-CR-198-A

SALVATORE TANTILLO, III

     Defendant.

## CERTIFICATE OF SERVICE

 I hereby certify that on February 11, 2014, I electronically filed the **GOVERNMENT'S RESPONSE TO DEFENDANT'S SENTENCING MEMORANDUM** with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants on this case:

  John Humann, AFPD

  US Probation Office
  Attn: David W. Ball, United States Probation Officer

         s/ JOANNE BEALE